| | | |
|---|---|---|
| Jeremy D. Chaney<br>  Appellant | § | From the 137th District Court<br>  of Lubbock County |
| v. No. 07-08-0426-CR | § | December 16, 2009 |
| The State of Texas<br>  Appellee | § | Opinion Per Curiam |

## J U D G M E N T  A B A T I N G  A N D  R E M A N D I N G  A P P E A L

It is ordered, adjudged and decreed that the appeal is abated and the cause is remanded to the 137th District Court of Lubbock County, Texas for further proceedings in accordance with this Court's opinion entered this day.

o O o